394 P.3d 789

**JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, Plaintiff-Appellee,**

v.

**Whitley UNGA, Dawn Unga, Eddie Unga, Meliame Unga, Defendants-Appellants,**

and

**Haroldine Tripp, Jeffrey Tripp, Defendants-Appellees,**

and

**John Does 1-50 and Jane Does 1-50, Defendants**

**NO. CAAP-14-0001161**

Intermediate Court of Appeals of Hawai'i.

May 17, 2017

APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT

**560**

KOʻOLAULOA DIVISION (CIVIL NO. 1RC14-1-5800)

SUMMARY DISPOSITION ORDER

Vacate. Remanded.